UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN RODRIGUES, | No. C 12-2831 YGR (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| RON BARNES, Acting Warden, | |
| Respondent. / | |

Respondent's motion to extend time to file a response to the order to show cause (Docket No. 4) is GRANTED. **Such response shall be filed on or before January 6, 2013.** The Clerk shall terminate Docket No. 4.

**IT IS SO ORDERED.**

DATED: November 13, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE