IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**MICHAEL JOHN RODRIGUES,**

Petitioner,

v.

**RON BARNES, Acting Warden,**

Respondent.

No. C 12-02831 YGR (PR)

**ORDER**

GOOD CAUSE APPEARING, Respondent may have until **February 5, 2013**, to file the answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty-three (63) days** of his receipt of the Answer.

IT IS SO ORDERED

Dated: January 22, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

G:\PRO-SE\YGR\CR.12\Rodrigues2831.grantEOTmsj.doc