1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   OAKLAND DIVISION

11

12
**MICHAEL JOHN RODRIGUES,**                        No. C 12-02831 YGR (PR)
13
                                   Petitioner,     **ORDER**
14
                    **v.**
15
16  **RON BARNES, Acting Warden,**

17                                 Respondent.

18

19          GOOD CAUSE APPEARING, Respondent may have until **February 5, 2013,** to file the

20  answer to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the Answer, he

21  shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty-three**

22  **(63) days** of his receipt of the Answer.

23          IT IS SO ORDERED

24
    Dated:  January 22, 2013
25
                                                   YVONNE GONZALEZ ROGERS
26                                                 United States District Court Judge

27

28

G:\PRO-SE\YGR\CR.12\Rodrigues2831.grantEOTmsj.doc