IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN RODRIGUES,

    Petitioner,

  v.

RON BARNES, Warden,

    Respondent.
                                     /

No. C 12-02831 YGR (PR)

**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S PENDING MOTIONS**

    Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. However, to date, Petitioner has not filed a traverse and the due date has passed. Petitioner now moves for an extension of time to file a traverse (Docket No. 13).

    In addition, Petitioner moves to hold the proceedings in abeyance pending the exhaustion of two claims (Docket No. 10), and to amend his petition to add the two unexhausted claims as well as three exhausted claims (Docket No. 14). Within **twenty-eight (28) days** of the date of this Order, Respondent shall file a response to Petitioner's aforementioned motions. Petitioner shall file any reply within **twenty-eight (28) days** after being served with the response. The motions will be deemed submitted and ready for decision at that time. The Court will first address Petitioner's other motions prior to ruling on his pending request for an extension of time to file a traverse.

    IT IS SO ORDERED.

DATED: April 29, 2013

                                                        YVONNE GONZALEZ ROGERS
                                                        UNITED STATES DISTRICT COURT JUDGE