UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN RODRIGUES,<br>Petitioner,<br>v.<br>RON BARNES,<br>Respondent. | Case No. 12-cv-02831-YGR<br><br>**JUDGMENT**<br>Re: Dkt. No. 46 |

Pursuant to the Order denying the petition for writ of habeas corpus entered November 20, 2018, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 26, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge

Rev. 09-18